Alan Harris (SBN 146079)
David Garrett (SBN 160274)
Min Ji Gal (SBN 311963)
HARRIS & RUBLE
655 N. Central Ave., 17th Fl
Glendale, CA 91203
Telephone:  323.962.3777
Facsimile:  323.962.3004
harrisa@harrisandruble.com
dgarrett@harrisandruble.com
mgal@harrisandruble.com

Attorneys for Plaintiffs

Scott Witlin (SBN 137413)
scott.witlin@btlaw.com
Michael Witczak (SBN 329960)
michael.witczak@btlaw.com
BARNES & THORNBURG LLP
2029 Century Park East, Ste. 300
Los Angeles, CA 90067
Telephone: (310) 284-3777
Facsimile: (310) 2894-3894

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| J. COSTA and K. PAYNE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SMUGGLER, LLC, a Delaware Limited Liability Company fka Smuggler, Inc., a California Corporation; RARE BIRD HOLDINGS, INC., a Delaware Corporation; BRIAN CARMODY, an individual; PATRICK MILLING-SMITH, an individual; DIVISION7, LLC, a Delaware Limited Liability Company; and DOE 1 through and including DOE 10,<br><br>Defendants. | Case No. 2:23-cv-01468-WLH-RAO<br>*Assigned to Hon. Wesley L. Hsu*<br><br>**JOINT NOTICE OF SETTLEMENT AND REQUEST TO VACATE HEARING ON MOTION TO DISMISS**<br><br>Complaint Filed:  February 10, 2022<br>Removed: April 7, 2023<br>First Am. Compl: July 11, 2023 |

Plaintiffs John Costa and Kevin Payne ("Plaintiffs") and Defendants Smuggler, LLC ("Smuggler"), Rare Bird Holdings, Inc. ("RBHI"), Brian Carmody ("Carmody"), Patrick Milling-Smith ("Milling-Smith"), and Division 7, LLC ("Division 7") (collectively "Defendants") have reached a settlement in this matter on a class action basis.

The Parties request that the Court vacate the hearing for Defendants' Motion to Dismiss, (ECF Doc. 31) which is currently scheduled for August 25, 2023, from the Court's calendar and that the time for Defendants to move, answer, or otherwise respond to Plaintiffs' First Amended Complaint is continued pending further Order of the Court. Plaintiffs anticipate executing a long form settlement agreement shortly and will file a Motion for Preliminary Approval to be heard on September 29, 2023.

Respectfully submitted,

DATED: August 2, 2023                HARRIS & RUBLE

*/s/ Alan Harris*
Alan Harris
*Attorney for Plaintiffs*

DATED: August 2, 2023                BARNES & THORNBURG LLP

*/s/ Scott Witlin*
Scott Witlin
*Attorney for Defendants*

**Attestation**

I, the undersigned, attest that in compliance with Local Rule 5-4.3.4(a)(2)(i), all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

By: */s/ Min Ji Gal*