JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| J. COSTA and K. PAYNE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SMUGGLER, LLC, a Delaware Limited Liability Company fka Smuggler, Inc., a California Corporation; RARE BIRD HOLDINGS, INC., a Delaware Corporation; BRIAN CARMODY, an individual; PATRICK MILLING-SMITH, an individual; DIVISION7, LLC, a Delaware Limited Liability Company; and DOE 1 through and including DOE 10,<br><br>Defendants. | Case No. 2:23-cv-01468-WLH-RAO<br><br>**ORDER GRANTING STIPULATION TO REMAND REMOVED ACTION [44]** |

On December 11, 2023, the parties submitted a stipulation (the "Stipulation") to (1) dismiss the claims in this action under the Fair Labor Standards Act ("FLSA"), including the claim denominated as the "Ninth Cause of Action" and (2) remand the case to the Superior Court of California. (Docket No. 44). On December 15, 2023, the Court ordered the submission of supplemental briefing regarding the factors from *Diaz v. Trust Territory of Pac. Islands*, 876 F.2d 1401, 1408 (9th Cir. 1989), which apply "[w]here parties seek to voluntarily dismiss class <u>or collective claims</u> prior to certification," including FLSA claims. *Gonzalez v. Fallanghina, LLC*, No. 16-CV-01832-MEJ, 2017 WL 1374582, at *4 (N.D. Cal. Apr. 17, 2017) (emphasis added) (applying *Diaz* to dismissal of FLSA collective claim); *see also, e.g.*, *Dunn v. Tchrs. Ins. & Annuity Ass'n of Am.*, No. 13-CV-05456-HSG, 2016 WL 153266, at *8 (N.D. Cal. Jan. 13, 2016) (same); *Luo v. Zynga Inc.*, No. 13-CV-00186-NC, 2014 WL 457742, at *3–4 (N.D. Cal. Jan. 31, 2014) (same). Plaintiffs filed their supplemental briefing on January 5, 2024. (Docket No. 46).

Having read and considered the Stipulation and supplemental briefing, and good cause appearing thereon, IT IS HEREBY ORDERED THAT:

1. The claims under the Fair Labor Standard Act, including the Claim denominated as the "Ninth Cause of Action," are hereby dismissed without prejudice; and
2. The case is remanded to the Superior Court of California, where the action was commenced.

The Clerk of Court is directed to close the case.

**IT IS SO ORDERED.**

Dated: January 8, 2024

HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE